

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00035-CV

LAURIE PERRY A/K/A LAURIE BLACK, APPELLANT

V.

BILLD EXCHANGE, LLC, APPELLEE

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2022-02690, Honorable Robert Ramirez, Presiding

January 23, 2024

## ORDER OF ABATEMENT AND REMAND

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Laurie Perry a/k/a Laurie Black, appeals from the trial court's *Order for the Issuance of a Turnover Order and the Appointment of a Receiver.*[1]  The order was signed by the trial court but does not bear the signature date.  *See* TEX. R. CIV. P. 306a(2). Without this date, we are unable to determine whether Perry's notice of appeal was timely filed.  *See* TEX. R. APP. P. 26.1.  Accordingly, we abate this appeal and remand the cause

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001.

to the trial court for entry of a judgment nunc pro tunc reflecting the original date the trial court signed the *Order for the Issuance of a Turnover Order and the Appointment of a Receiver*. The trial court shall cause the judgment nunc pro tunc to be included in a clerk's record filed with the Clerk of this Court by February 13, 2024.

It is so ordered.

Per Curiam